## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ROBYN ENDERSON,**
  *on behalf of herself and all others similarly situated,*

Plaintiff,

v.

STERLING FARM & FLEET, INC. and
BLAIN SUPPLY, INC.,

Defendants.

**Case No. 24-CV-1520-SCD**

## ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

The parties have filed a joint motion for preliminary approval of collective and class action settlement. For the reasons stated therein, the court **GRANTS** the parties' joint motion, ECF No. 25, and **ORDERS** the following:

(1)     The parties' settlement agreement, ECF No. 25-1, is **PRELIMINARILY APPROVED** as fair, reasonable, and an adequate resolution of a *bona fide* dispute under the Fair Labor Standards Act of 1938, as amended (FLSA), and applicable state law;

(2)     Certification is **GRANTED**, for settlement purposes only, of the collective class pursuant to the FLSA and defined as follows:

> All individuals who worked as non-exempt hourly employees for Defendants, who worked in excess of forty (40) hours in a given workweek in which they also received either (i) a sales incentive bonus, or (ii) weekend premium pay, from January 1, 2022, to December 31, 2025, and who timely filed a consent to opt-into the Lawsuit.

(3)     Certification is **GRANTED**, for settlement purposes only, of the Rule 23 class pursuant to Fed. R. Civ. P. 23 and defined as follows:

All individuals who worked as non-exempt hourly employees for Defendants, who worked in excess of forty (40) hours in a given workweek in which they also received either (i) a sales incentive bonus, or (ii) weekend premium pay, from January 1, 2022, to December 31, 2025, and who do not file an exclusion from the class or otherwise "opt-out" from the Lawsuit.

(4)     Named plaintiff Robyn Enderson is hereby **APPOINTED** as the class representative;

(5)     The law firms of Walcheske & Luzi, LLC, and Workplace Law Partners, P.C., are hereby **APPOINTED** as class counsel for the certified Rule 23 class.

(6)     The parties' notice of class and collective action settlement as attached to the parties' settlement agreement as Exhibit B (the "Notice") is **APPROVED** and constitutes the best notice practicable under the circumstances, including individual notice to all putative settlement class members who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to putative settlement class members in full compliance with the requirements of applicable law, including the Due Process Clause of the United States Constitution.

(7)     Each putative settlement class member who wishes to join the collective class or object to or request exclusion from the settlement agreement, as applicable, must do so per the instructions set forth in the Notice. The court will not consider objections or requests for exclusions of any putative settlement class member who does not comply with such instructions.

(8)     Any Rule 23 class member who has not properly and timely requested exclusion from the Rule 23 class shall be bound by the settlement agreement in the event the court issues a final order approving settlement.

(9)     The court will conduct a final fairness hearing on **September 15, 2026**, at **9:30 a.m.** to determine whether: the settlement agreement should be approved as fair, reasonable, and adequate; to award the parties' agreed upon service award to the named plaintiff; to determine the appropriateness of the plaintiff's counsel's requested award of attorney fees and costs; and to enter the proposed final order approving the settlement agreement and the parties' overall settlement of this litigation.

(10)     Any motions, including but not limited to a motion for approval of attorney fees and costs, a motion for approval of named plaintiff's service award, and a joint motion for final settlement approval, shall be filed with the court no later than ten (10) days prior to the final fairness hearing.

**SO ORDERED** this 6th day of April, 2026.

_____
STEPHEN C. DRIES
United States Magistrate Judge

3