UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBYN ENDERSON,
on behalf of herself and
all others similarly situated,

Plaintiff,

Case No. 24-cv-1520

v.

STERLING FARM & FLEET, INC., et al.,

Defendants.

---

**ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT (DKT. NO. 30), GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARD (DKT. NO. 31), AND GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS (DKT. NO. 32)**

---

Having held a final fairness hearing on September 15, 2026, the court **GRANTS** the parties' Joint Motion for Final Approval of Collective and Class Action Settlement. Dkt. No. 30. The court **FINDS** that the terms of the parties' settlement are fair, reasonable, and adequate as applied to the Collective Class and Rule 23 Class.

The court **CERTIFIES** the Rule 23 Class pursuant to Fed. R. Civ. P. 23 and **APPROVES** the settlement as fair, reasonable, and adequate under Fed. R. Civ. P. 23(e).

The court **CERTIFIES** the Collective Class pursuant to 29 U.S.C. § 216(b) and **APPROVES** the settlement agreement as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, as amended.

The court **APPROVES** the settlement payments to the Settlement Class and **DECLARES** the agreement binding on the parties.

The court **ORDERS** Defendants to deposit all necessary funds into a Qualified Settlement Fund within twenty (20) days of the Effective Date of the agreement.

The court **ORDERS** that within ten (10) days after Defendants have deposited all necessary funds, that such funds be distributed to all Settlement Class Members, as well as to Plaintiff for her service award, and to Plaintiff's counsel for their attorneys' fees and costs.

The court **GRANTS** the plaintiff's unopposed motion for approval of service award. Dkt. No. 31. The court **APPROVES** the requested payment in the amount of $2,500.00 to Robyn Enderson.

The court **GRANTS** the plaintiff's unopposed motion for approval of attorneys' fees and costs. Dkt. No. 32. The court **APPROVES** the requested attorneys' fees and costs in the amount of $35,320.00.

The court **ORDERS** that the plaintiff's and the settlement class members' released claims are **DISMISSED WITH PREJUDICE**.

**THE COURT ORDERS** that the FLSA claims of all Rule 23 Class members who did not consent to join the Collective Class are **DISMISSED WITHOUT PREJUDICE**.

**THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**. The clerk will enter the judgment accordingly.

Dated in Milwaukee, Wisconsin, this 15th day of September, 2026.

**BY THE COURT:**

Stephen C. Dries

**HON. STEPHEN C. DRIES**
**United States Magistrate Judge**